■ VITO M. BERTUCCI et al., Appellants, v UNION FREE SCHOOL DISTRICT No. 15 et al., Respondents.—Appeal from order of the Supreme Court, Nassau County, dated August 8, 1978, dismissed (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court, entered February 21, 1979, affirmed. No opinion. The defendants are awarded one bill of costs. Mollen, P. J., Gibbons, Martuscello and Weinstein, JJ., concur.

■ BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, v ROBERT GLAUBMAN, Respondent.—In a proceeding to stay arbitration, petitioner appeals from a judgment of the Supreme Court, Kings County, entered May 31, 1979, which, *inter alia,* denied its application. Judgment reversed, on the law, without costs or disbursements, and application granted. We reverse on constraint of *Board of Educ. v Cohen* (73 AD2d 660). Titone, J. P., Mangano, Rabin and Cohalan, JJ., concur.

■ RICHARD T. BOWEN, Respondent, v AMES Co., a Division of Mc-DONOUGH COMPANY, Appellant.—In an action to recover damages for personal injuries, defendant appeals from a judgment of the Supreme Court, Nassau County, entered June 19, 1979, which was in favor of the plaintiff in the principal sum of $185,000, upon a jury verdict. Judgment affirmed, with costs. The verdict was supported by the evidence. Mollen, P. J., Gibbons, Martuscello and Weinstein, JJ., concur.